```
DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CESAR EULLOQUE-COBOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0073 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [~~PROPOSED~~]ORDER |
| v. ) | |
| ) | |
| CESAR EULLOQUE-COBOS, ) | Date:  March 31, 2008 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Kyle Reardon, and Assistant Federal Defender Caro Marks, attorney for defendant Cesar Eulloque-Cobos, as follows:

    The status conference hearing date of March 10, 2008, should be continued until March 31, 2008. The defense needs the additional time to review the defendant's immigration file and criminal record with him in order to competently advise him on the consequences of a plea versus a jury trial.

1  Therefore, IT IS STIPULATED between the parties that the time
2 period between the signing of this Order up to and including March 31,
3 2008, be excluded in computing the time within which trial must
4 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
5 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
6 counsel.

8 Dated:  March 5, 2008
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Attorney for Defendant
                                        CESAR EULLOQUE-COBOS


                                        /s/ Kyle Reardon
                                        _____
                                        KYLE REARDON
                                        Assistant United States Attorney

**ORDER**

19  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
20 ordered that the March 10, 2008, status conference hearing be continued
21 to March 31, 2008, at 8:30 a.m.  Based on the representation of defense
22 counsel and good cause appearing there from, the Court hereby finds
23 that the failure to grant a continuance in this case would deny defense
24 counsel reasonable time necessary for effective preparation, taking
25 into account the exercise of due diligence.  The Court finds that the
26 ends of justice to be served by granting a continuance outweigh the
27 best interests of the public and the defendant in a speedy trial.  It
28 is ordered that time up to and including the status conference on March

Name of Pleading: Eulloque S/O    -2-

1  31, 2008 shall be excluded from computation of time within which the
2  trial of this matter must be commenced under the Speedy Trial Act
3  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4,
4  to allow defense counsel reasonable time to prepare.
5  Dated:  March 6, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: Eulloque S/O     -3-