DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CESAR EULLOQUE-COBOS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-0073 WBS |
| | ) | |
| Plaintiff, | ) | **AMENDED** STIPULATION AND ORDER |
| | ) | |
| v. | ) | |
| | ) | Date:  April 28, 2008 |
| CESAR EULLOQUE-COBOS, | ) | Time:  8:30 a.m. |
| | ) | Judge: Hon. William B. Shubb |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Kyle Reardon, and Assistant Federal Defender Caro Marks, attorney for defendant Cesar Eulloque-Cobos, as follows:

    The status conference hearing date of March 31, 2008, should be continued until April 28, 2008.

    The defense has not yet received the certified copy of the defendant's criminal record it needs to calculate accurately his criminal history.  A continuance will provide counsel with time

necessary to receive the records and then, because the defendant has multiple state court convictions, to analyze the convictions and calculate the defendant's criminal history. Counsel attempted to achieve this using only the defendant's "A-file" but the records contained therein are insufficient for guidelines-calculations purposes.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including April 28, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  March 25, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
CESAR EULLOQUE-COBOS

/s/ Kyle Reardon
_____
KYLE REARDON
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 31, 2008, status conference hearing be continued to April 28, 2008, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds

1   that the failure to grant a continuance in this case would deny defense
2   counsel reasonable time necessary for effective preparation, taking
3   into account the exercise of due diligence.  The Court finds that the
4   ends of justice to be served by granting a continuance outweigh the
5   best interests of the public and the defendant in a speedy trial.  It
6   is ordered that time up to and including the status conference on April
7   28, 2008 shall be excluded from computation of time within which the
8   trial of this matter must be commenced under the Speedy Trial Act
9   pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4,
10  to allow defense counsel reasonable time to prepare.
11  Dated:  March 28, 2008

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE